UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

United States Courts
Southern District of Texas
FILED
MAR 22 2018
David J. Bradley
Clerk of Court

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CRIMINAL NUMBER |
| | § | |
| ALBERT JOHN PENA, III | § | **V-18-18** |
| ~~SHERRY LANG~~ SHERRIE LANGE | § | |
| Amended by Court's oral order 6/13/2018 | § | |

INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT ONE

From on or about November, 2017, to on or about January 29, 2018, in the Victoria Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

ALBERT JOHN PENA, III,
and SHERRY LANG,

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance. This violation involved less than fifty (50) grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(C).

A TRUE BILL:
ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY

By: *Patti Hubert Booth*
PATTI HUBERT BOOTH
Assistant United States Attorney